IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
|                                          | :  |                          |
|------------------------------------------|----|--------------------------|
| In re:                                   | :  | Chapter 11               |
|                                          | :  |                          |
| OTC HOLDINGS CORPORATION,                | :  | Case No. 10-12636 (BLS)  |
|                                          | :  |                          |
|     Debtor.          | :  |                          |
|                                          | :  |                          |
------------------------------------------------------------x
|                                          | :  |                          |
| In re:                                   | :  | Chapter 11               |
|                                          | :  |                          |
| OTC INVESTORS CORPORATION,               | :  | Case No. 10-12637 (BLS)  |
|                                          | :  |                          |
|     Debtor.          | :  |                          |
|                                          | :  |                          |
------------------------------------------------------------x
|                                          | :  |                          |
| In re:                                   | :  | Chapter 11               |
|                                          | :  |                          |
| ORIENTAL TRADING COMPANY, INC.,          | :  | Case No. 10-12638 (BLS)  |
|                                          | :  |                          |
|     Debtor.          | :  |                          |
|                                          | :  |                          |
------------------------------------------------------------x
|                                          | :  |                          |
| In re:                                   | :  | Chapter 11               |
|                                          | :  |                          |
| FUN EXPRESS, INC.,                       | :  | Case No. 10-12639 (BLS)  |
|                                          | :  |                          |
|     Debtor.          | :  |                          |
|                                          | :  |                          |
------------------------------------------------------------x
|                                          | :  |                          |
| In re:                                   | :  | Chapter 11               |
|                                          | :  |                          |
| ORIENTAL TRADING MARKETING, INC.,        | :  | Case No. 10-12640 (BLS)  |
|                                          | :  |                          |
|     Debtor.          | :  |                          |
|                                          | :  | Ref. Docket No. 3        |
------------------------------------------------------------x

## ORDER PURSUANT TO SECTION 105 OF THE BANKRUTPCY CODE, BANKRUPTCY RULE 1015(b) AND LOCAL RULE 1015-1 DIRECTING THE JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES

Upon the motion, dated August 25, 2010 (the "Motion")[1], of the Debtors[2] for an order (this "Order") pursuant to section 105 of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rule 1015-1 directing the joint administration of these chapter 11 cases and the consolidation thereof for procedural purposes only, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion and opportunity for objection having been given; and this Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors and all parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: OTC Holdings Corporation, a Delaware corporation (0174); Oriental Trading Company, Inc., a Delaware corporation (5603); OTC Investors Corporation, a Delaware corporation (0180); Fun Express, Inc., a Nebraska corporation (7942); and Oriental Trading Marketing, Inc., a Nebraska corporation (0923). The location of the Debtors' corporate headquarters and the service address for all the Debtors is 5455 South 90th Street, Omaha, Nebraska 68127.

ORDERED that these chapter 11 cases shall be (i) jointly administered pursuant to section 105 of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rule 1015-1 and (ii) consolidated for procedural purposes only; and it is further

ORDERED that the Clerk of the Court shall maintain one file and one docket for all of these chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of OTC Holdings Corporation, Case No. 10-12636 (BLS); and it is further

ORDERED that all pleadings filed in these chapter 11 cases shall bear a consolidated caption in the following form, which satisfies the requirements under section 342(c) of the Bankruptcy Code in all respects:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :
In re:                                                           : Chapter 11
                                                                 :
OTC HOLDINGS CORPORATION,                                        : Case No. 10-12636 (BLS)
*et al.*,[1]                                                     :
        Debtors.                                                 : Jointly Administered
                                                                 :
---------------------------------------------------------------- x

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: OTC Holdings Corporation, a Delaware corporation (0174); Oriental Trading Company, Inc., a Delaware corporation (5603); OTC Investors Corporation, a Delaware corporation (0180); Fun Express, Inc., a Nebraska corporation (7942); and Oriental Trading Marketing, Inc., a Nebraska corporation (0923). The location of the Debtors' corporate headquarters and the service address for all the Debtors is 5455 South 90th Street, Omaha, Nebraska 68127.

and it is further

ORDERED that the Clerk of the Court shall make a docket entry in each Debtor's chapter 11 case (except that of Holdings) as follows:

"An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of OTC Holdings Corporation, OTC Investors Corporation, Oriental Trading Company, Inc., Fun Express, Inc. and Oriental Trading Marketing, Inc. The docket in the chapter 11 case of OTC Holdings Corporation, Case No. 10-12636 (BLS) should be consulted for all matters affecting this case."

and it is further

ORDERED that one consolidated docket and one file shall be maintained for the chapter 11 cases by the Debtors and kept by the Clerk of the Court; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED that nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the chapter 11 cases; and it is further

ORDERED that notwithstanding any provision in the Bankruptcy Rules to the contrary, (i) the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
August 26, 2010

Brendan L. Shannon
United States Bankruptcy Judge